Santos v Castro (2021 NY Slip Op 50547(U))

[*1]

Santos v Castro

2021 NY Slip Op 50547(U) [71 Misc 3d 141(A)]

Decided on June 11, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 11, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: McShan J.P., Brigantti, Hagler, JJ.

570035/21

Melissa De Los Santos Plaintiff-Appellant,
against
Cynthia Castro, Defendant-Respondent.

Plaintiff, as limited by her brief, appeals from so much of the judgment of the Small Claims
Part of the Civil Court of the City of New York, Bronx County (Kim Adair Wilson, J.), entered
October 8, 2019, after trial, as limited her recovery to the principal sum of $157.13.

Per Curiam.
Judgment (Kim Adair Wilson, J.), entered October 8, 2019, affirmed, without costs.
The amount of the damage award issued in plaintiff's favor upon the trial of this Small
Claims action achieved "substantial justice" (CCA 1804, 1807) and was neither inadequate nor
unreasonable. Although the certified documentary evidence, fairly interpreted, supports a finding
that defendant, plaintiff's upstairs neighbor, was the cause of water leaks in plaintiff's apartment,
plaintiff failed to establish entitlement to any additional recovery for property damage sustained
as a result of the leaks beyond that awarded by the trial court. Plaintiff failed to provide sufficient
evidence of the property's value and condition, which was necessary for her to establish damages
(see Charles v Boland, 57 Misc 3d
150[A], 2017 NY Slip Op 51524[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists
2017]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 11, 2021